| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>STIEHL, WILLIAM D | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/01/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>750 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2005 MAY -8 P 12: 31 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | State of Illinois - pension |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Regions Financial Checking Accts | B | Interest | L | T | | | | | |
| 2. Scott Credit Union - IRA & Svgs Accts | B | Interest | L | T | | | | | |
| 3. Regions Financial (formerly Union Planters) Common Stock | C | Dividend | L | T | | | | | |
| 4. American Express - Common Stk | A | Dividend | K | T | | | | | |
| 5. Exxon Mobil - Common Stock | B | Dividend | L | T | | | | | |
| 6. Old Republic Nat'l - Cmn Stk | D | Dividend | M | T | | | | | |
| 7. General Motors - Common Stock | A | Dividend | J | T | | | | | |
| 8. A T & T, Inc. - Common Stock | A | Dividend | K | T | Merger | 11/18 | K | | Merged w/SBC Cmn |
| 9. Serv. Station, Belleville IL | | None | L | W | | | | | |
| 10. Wall Street Trust MINT Ins. Disc #5 | A | Interest | J | T | | | | | |
| 11. 1st Trust Ins. Municipals #165 | A | Interest | J | T | Matured | 04/18 | | | |
| 12. CEF Money Mkt Portfolio | | None | J | T | | | | | |
| 13. Van Kampen Gov't Fund (IRA) | C | Interest | K | T | | | | | |
| 14. Bell South - Common Stock | | None | J | T | | | | | |
| 15. SBC Commun. - Cmn Stk | B | Dividend | K | T | Merger | 11/18 | K | | Merged w/A T & T, Inc. |
| 16. bp P.L.C. - Cmn Stk | A | Dividend | K | T | | | | | |
| 17. Gen'l Mills - Cmn Stk | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS  *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Conoco Phillips Petroleum - Cmn Stk | A | Dividend | K | T | | | | | |
| 19. Walt Disney Co - Cmn Stk | A | Dividend | K | T | | | | | |
| 20. Nuveen Ins. Fund - Cmn Stk | B | Interest | J | T | | | | | |
| 21. Anheuser-Busch - Cmn Stk | A | Dividend | J | T | | | | | |
| 22. Merck & Co - Cmn Stk | A | Dividend | J | T | | | | | |
| 23. Campbell Soup - Cmn Stk | A | Dividend | J | T | | | | | |
| 24. 1st Trust Ins. Municipals #214 | A | Interest | J | T | | | | | |
| 25. Darden Restaurants - Cmn Stk | A | Dividend | J | T | | | | | |
| 26. 1st Trust Ins. Municipals #235 | A | Interest | J | T | | | | | |
| 27. Everen Funds Ins. #17 | A | Interest | J | T | | | | | |
| 28. Morgan Stanley High Yield Fund | A | Dividend | J | T | | | | | |
| 29. Bank America Cmn Stk | D | Dividend | N | T | | | | | |
| 30. Lucent Tech Cmn Stk | | None | J | T | | | | | |
| 31. Delphi Automotive Cmn Stk | A | Dividend | J | T | | | | | |
| 32. Energizer Holding Cmn Stk | A | None | J | T | | | | | |
| 33. Verizon Comm Cmn Stk | A | Dividend | J | T | | | | | |
| 34. Vodophone Grp Cmn Stk | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Test Nat'l #244 Mup. Bond | A | Interest | J | T | | | | | |
| 36. Qwest Cmn Stk | | None | J | T | | | | | |
| 37. U.S. Bancorp | A | Dividend | J | T | | | | | |
| 38. Avaya | | None | J | T | | | | | |
| 39. U.S. Energy Systems, Inc. | | None | J | T | Sell | 06/13 | J | | |
| 40. Agere Systems, Inc. | | None | J | T | Sell | 06/29 | J | | |
| 41. Comcast Corp. | A | None | J | T | | | | | |
| 42. Eaton Vance Ins. Muni | B | Interest | L | T | | | | | |
| 43. Dynegy, Inc. Cmn Stock | A | None | J | T | | | | | |
| 44. Ford Motor - Cmn Stock | A | Dividend | J | T | | | | | |
| 45. Intel Corp - Cmn Stock | A | Dividend | K | T | | | | | |
| 46. 1st Trust Ins. Municipals #278 | A | Interest | J | T | | | | | |
| 47. Ameriprise | A | Dividend | J | T | Spinoff | 09/30 | J | | Spinoff from AmEx |
| 48. Enterprise Financial | A | Dividend | J | T | Buy | 07/14 | J | | |
| 49. Pulaski Financial | A | Dividend | K | T | Buy | 01/06 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 05/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _1 May 2006_

NOTE: ANY I███████████████████████████████████AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544